United States District Court
Southern District of Texas
**ENTERED**
September 20, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) Case No. 4:22-CV-00221 |
| FORWOOD SB, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed September 19, 2022, it is hereby ORDERED that this entire action, including all claims that were or could have been asserted by Plaintiff, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on September 20, 2022.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record